UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00220- SI |
| v. | **INFORMATION** |
| **BECKY STRETCH,** | 18 U.S.C. § 641 |
| **Defendant.** | |

THE GRAND JURY CHARGES:

### COUNT 1
**(Theft of Government Funds)**
**(18 U.S.C. § 641)**

Between in or about October 1, 2011, and continuing through on or about December 31, 2018, in the District of Oregon, defendant BECKY STRETCH did knowingly and willfully steal and convert to her own use or the use of another, money of the Social Security Administration, a department and agency of the United States, to wit: by receiving Social Security Income (SSI) benefits in an approximate amount of $62,982.00, based on fraudulent representations and concealments;

All in violation of Title 18, United States Code, Sections 641.

Dated: July 15, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Rachel K. Sowray*
RACHEL SOWRAY, OSB #095159
Special Assistant United States Attorney